B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>City Sports, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>04-2806205 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>77 N. Washington Street<br>Boston MA<br>ZIP CODE 02114 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE N/A |
| County of Residence or of the Principal Place of Business:<br>Suffolk County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE N/A | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE N/A |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | ZIP CODE N/A |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)                                                                                               Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>City Sports, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |
|---|

| Location<br>Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |
|---|

| Name of Debtor:   City Sports-DC, LLC | Case Number:<br>Pending | Date Filed:<br>10/05/2015 |
|---|---|---|
| District:   District of Delaware | Relationship:<br>Affiliate | Judge:<br>Pending |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

---

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** City Sports, Inc. |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X *Kaitlin M. Edelman*<br>Signature of Attorney for Debtor(s)<br>Gregg Galardi      Kaitlin M. Edelman<br>Printed Name of Attorney for Debtor(s)<br>DLA Piper LLP (US)<br>Firm Name<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Address<br>(302) 468-5700<br>Telephone Number<br>10/05/2015<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *Andrew W. Almquist*<br>Signature of Authorized Individual<br>Andrew W. Almquist<br>Printed Name of Authorized Individual<br>Senior Vice President - Chief Financial Officer<br>Title of Authorized Individual<br>10/05/2015<br>Date | Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# CITY SPORTS, INC.

## BOARD OF DIRECTORS' RESOLUTIONS

### DULY ADOPTED AT A MEETING OF THE BOARD OF DIRECTORS HELD ON OCTOBER 4, 2015

The Board of Directors (the "Board of Directors") of City Sports, Inc., a Delaware corporation (the "Company"), held a meeting on the date hereof.  In attendance at the meeting (either in person or via telephone) were all the members of the Board of Directors, constituting a quorum.

**WHEREAS**, the meeting was called to order for the purpose, among others, of discussing the Company's current circumstances regarding financial liquidity and authorizing the Company's filing of a petition (a "Petition") seeking relief under the provisions of Chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); and

**WHEREAS**, after discussion and review of the current circumstances regarding the financial liquidity of the Company with the Company's executive officers and financial and legal advisors and after evaluating and considering the information provided by and the recommendations of the Company's executive officers and financial and legal advisors, the following resolutions, among others, were duly made and seconded and unanimously adopted by the Board of Directors.

**NOW, THEREFORE, BE IT**

**RESOLVED**, that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company and its creditors, members and other interested parties that the Company file a Petition; and

**FURTHER RESOLVED**, that Martin Hanaka, President and Chief Executive Officer, Andrew W. Almquist, Senior Vice President and Chief Financial Officer of the Company, or such other person as the Board of Directors will designate (each, an "Authorized Officer") is authorized and instructed to cause preparation of an appropriate voluntary Petition as determined by him under Chapter 11 of the Bankruptcy Code on behalf of the Company; and

**FURTHER RESOLVED**, the Authorized Officer is hereby authorized, on behalf of and in the name of the Company, to execute the Petition in such form as such Authorized Officer deems appropriate and that, upon such execution, the Authorized Officer is hereby authorized to cause the Company to file the petition with the United States Bankruptcy Court for the District of Delaware to commence a case (a "Bankruptcy Case") under Chapter 11 of the Bankruptcy Code on or as soon after October 4, 2015 as is reasonably practicable; and

**FURTHER RESOLVED,** the Authorized Officer is hereby authorized to sign the written consent to authorize the commencement of a Bankruptcy Case of the Company's wholly

owned subsidiary, City Sports-DC, LLC on or as soon after October 4, 2015 as is reasonably practicable; and

**FURTHER RESOLVED**, that the Authorized Officer, on terms consistent with those presented to the Board of Directors, is hereby authorized and instructed to make such arrangements as he deems necessary or proper for the Company to use existing cash collateral or to borrow additional funds, either as a debtor in possession under Chapter 11 of the Bankruptcy Code or otherwise, and that the Authorized Officer is hereby authorized and instructed, on behalf of and in the name of the Company, to negotiate and agree with potential lenders as to the terms and amounts of any such cash collateral use or further borrowings and to grant such security interests in, or liens on the assets of the Company, and to execute and deliver appropriate agreements for such use of postpetition financing in connection with the Bankruptcy Case, including the granting of liens to any such lender(s) to such agreement(s), and to take such additional action and execute and deliver such other agreements, instruments, or documents proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any such officer, in his sole discretion, may deem necessary or proper in connection with such further borrowings; and

**FURTHER RESOLVED**, that the Authorized Officer, on terms consistent with those presented to the Board Directors, is authorized to execute and file (or direct others to do so on behalf of the Company as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including the first day pleadings as described to the Board, and in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that he deems necessary and proper in connection with the Bankruptcy Case; and

**FURTHER RESOLVED**, that the law firm of DLA Piper LLP (US) shall be retained as bankruptcy counsel under section 327(a) of the Bankruptcy Code for the Company in the Bankruptcy Case in accordance with the terms of the engagement letter, and the Authorized Officer is hereby authorized and directed to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an application for authority to retain the services of DLA Piper LLP (US) during the Bankruptcy Case; and

**FURTHER RESOLVED**, that the advisory firm, FTI Consulting, Inc., shall continue to be, and hereby is, engaged to provide financial, restructuring, advisory and communications services for the Company in the Bankruptcy Case in accordance with terms of the engagement letter, and the Authorized Officer is hereby authorized and directed to execute retention agreements, pay retainers prior to and immediately upon the filing of the Bankruptcy Case, and cause to be filed an application for authority to retain the services of FTI Consulting, Inc. during the Bankruptcy Case; and

**FURTHER RESOLVED**, that the Authorized Officer is authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds of the Company, to take or cause to be

taken any and all other actions, and to incur all such fees and expenses as such officer deems to be necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Bankruptcy Case, the taking of any such action or execution of any such documents and/or agreements to constitute conclusive evidence and the exercise of such discretionary authority; and

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief under Chapter 11 of the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

**FURTHER RESOLVED,** that each member of the Board of Directors hereby waives any and all irregularities of notice, with respect to the time and place of meeting, and consents to the transaction of all business represented by these meeting minutes.

**IN WITNESS WHEREOF,** the undersigned has executed these Minutes of a Meeting of the Board of Directors as of the date first above written.

By: _____

Name: _____

Title: _____

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITY SPORTS, INC.,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 15-_____ (___)<br><br>(Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE THIRTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and its affiliate (together, the "Debtors") each filed a petition in this Court on October 5, 2015, for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a consolidated list of the Debtors' thirty largest unsecured creditors (the "Top 30 List"), based on the Debtors' books and records as of the Petition Date. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>C<br>U<br>D<br>S | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| (1)  Nike USA, Inc.<br>      Attn: Karen Lord<br>      One Bowerman Dr<br>      Beaverton, OR 97005 | Nike USA, Inc.<br>Attn:  Karen Lord<br>One Bowerman Dr<br>Beaverton, OR 97005<br>Tel: 800-521-6453<br>Fax: 866-639-0760<br>Email: Karen.Lord@nike.com | Trade | | $ 1,267,231.00 |
| (2)  Under Armour Performance App.<br>      Attn: Ashley Robinson<br>      PO Box 791022<br>      Baltimore, MD 21279 | Under Armour Performance App.<br>Attn:  Ashley Robinson<br>PO Box 791022<br>Baltimore, MD 21279<br>Tel: 410-468-2512<br>Fax: 410-246-5921<br>Email: arobinson1@underarmour.com | Trade | | $ 1,036,531.76 |

| | | | | |
|---|---|---|---|---|
| (3) | Asics America Corporation<br>Attn: Craig Lindsey<br>16275 Laguna Canyon Rd<br>Irvine, CA 92618 | Asics America Corporation<br>Attn: Craig Lindsey<br>16275 Laguna Canyon Rd<br>Irvine, CA 92618<br>Tel: 800-333-8404<br>Fax: 949-453-0321<br>Email: craig.lindsay@asics.com | Trade | $ 1,030,773.46 |
| (4) | Patagonia, Inc.<br>Attn: Jeff Tedmori<br>PO Box 51352<br>Los Angeles, CA 90051 | Patagonia, Inc.<br>Attn: Jeff Tedmori<br>PO Box 51352<br>Los Angeles, CA 90051<br>Tel: 805-643-8616<br>Fax: 805-643-5108<br>Email: Jeff.Tedmori@patagonia.com | Trade | $ 1,009,202.00 |
| (5) | The North Face<br>Attn: Carrie Samson<br>2013 Farallon Dr.<br>San Leandro, CA 94577 | The North Face<br>Attn: Carrie Samson<br>2013 Farallon Dr.<br>San Leandro, CA 94577<br>Tel: 510-618-3500<br>Fax: 920-831-7765<br>Email: Carrie_Samson@vfc.com | Trade | $ 968,300.80 |
| (6) | Brooks Sports Inc<br>Attn: Tracy White<br>19820 North Creek Pkwy, Suite 2000<br>Bothell, WA 98011 | Brooks Sports Inc.<br>Attn: Tracy White<br>19820 North Creek Pkwy, Suite 2000<br>Bothell, WA 98011<br>Tel: 206-858-5610<br>Fax: 206-858-5401<br>Email: tracy.white@brooksrunning.com | Trade | $ 605,095.11 |
| (7) | adidas America, Inc.<br>Attn: Lynne Seahey<br>P.O. Box 100384<br>Atlanta, GA 30384 | adidas America, Inc.<br>Attn: Lynne Seahey<br>P.O. Box 100384<br>Atlanta, GA 30384<br>Tel: 800-423-4327<br>Fax: 864-587-3518<br>Email: Lynne.Seay@adidas-Group.com | Trade | $ 482,790.99 |
| (8) | New Balance<br>Attn: Linda Corbin<br>Brighton Landing<br>20 Guest Street<br>Boston, MA 02135 | New Balance<br>Attn: Linda Corbin<br>Brighton Landing<br>20 Guest Street<br>Boston, MA 02135<br>Tel: 617-746-2294<br>Fax: 617-746-6294<br>Email: Linda.Corbin@newbalance.com | Trade | $ 438,732.70 |
| (9) | Encore Construction, Inc.<br>Attn: John Klakamp<br>2014 Renard Court<br>Suite J<br>Annapolis, MD 21401 | Encore Construction, Inc.<br>Attn: John Klakamp<br>2014 Renard Court<br>Suite J<br>Annapolis, MD 21401<br>Tel: 410-573-5050<br>Fax: 410-573-5070<br>Email:<br>csutherland@encoreconstruction.net | Trade | $ 286,921.10 |

| | | | |
|---|---|---|---|
| (10) Les Etoiles<br>Attn: Betty Lam<br>2633 Kaslo Street<br>Vancouver, BC V5M 3G9<br>Canada | Les Etoiles<br>Attn: Betty Lam<br>2633 Kaslo Street<br>Vancouver, BC<br>V5M 3G9 Canada<br>Tel: 604-708-8801<br>Fax: 604-708-8803<br>Email: betty_lam@telus.net | Trade | $ 286,361.57 |
| (11) Saucony Inc.<br>Attn: Christopher Tosches<br>c/o Wolverine Worldwide<br>25759 Network Place<br>Chicago, IL 60673 | Saucony Inc.<br>Attn: Christopher Tosches<br>c/o Wolverine Worldwide<br>25759 Network Place<br>Chicago, IL 60673<br>Tel: 617-824-6654<br>Fax: 617-616-6654<br>Email:<br>Christopher.Tosches@wwwinc.com | Trade | $ 252,349.74 |
| (12) 50 Broadway Realty Corp<br>Attn: Drew O'Connor<br>Cassidy Turley<br>PO Box 8000 Dept 179<br>Buffalo, NY 14267 | 50 Broadway Realty Corp<br>Attn: Drew O'Connor<br>Cassidy Turley<br>PO Box 8000 Dept 179<br>Buffalo, NY 14267<br>Tel: 212-954-0944<br>Fax: 212-758-6190<br>Email:<br>Drew.O'Connor@cassidyturley.com | Rent | $ 218,745.36 |
| (13) ChillyBear<br>Attn: Ted Pidcock<br>6 Brook Rd<br>Needham, MA 02494 | ChillyBear<br>Attn: Ted Pidcock<br>6 Brook Rd<br>Needham, MA 02494<br>Tel: 508-304-1905<br>Fax: 781-455-9083<br>Email: ted@chillybears.com | Trade | $ 174,090.80 |
| (14) Warnaco Swimwear, Inc.<br>Attn: Laura Delgiorno<br>PO Box 890337<br>Charlotte, NC 28289 | Warnaco Swimwear, Inc.<br>Attn: Laura Delgiorno<br>PO Box 890337<br>Charlotte, NC 28289<br>Tel: 908-698-6145<br>Fax: 908-698-8146<br>Email: LauraDelgiorno@pvh.com | Trade | $ 162,687.90 |
| (15) Moving Comfort<br>Attn: Tracy White<br>PO Box 94193<br>Seattle, WA 98124 | Moving Comfort<br>Attn: Tracy White<br>PO Box 94193<br>Seattle, WA 98124<br>Tel: 206-858-5610<br>Fax: 206-858-5401<br>Email: tracy.white@brooksrunning.com | Trade | $ 162,507.14 |
| (16) Mizuno Sports, Inc.<br>Attn: Dominique Miller<br>PO Box 644742<br>Pittsburgh, PA 15264 | Mizuno Sports, Inc.<br>Attn: Dominique Miller<br>PO Box 644742<br>Pittsburgh, PA 15264<br>Tel: 800-390-7888 ext. 7975<br>Fax: 770-734-2270<br>Email:<br>Dominique.Miller@mizunousa.com | Trade | $ 162,405.55 |

| | | | |
|---|---|---|---|
| (17) Go Pro, Inc.<br>Attn: Sal Tejada<br>26740 Network Place<br>Chicago, IL 60673 | Go Pro, Inc.<br>Attn: Sal Tejada<br>26740 Network Place<br>Chicago, IL 60673<br>Tel: 650-332-7600<br>Fax: 415-592-1609<br>Email: stejada@gopro.com | Trade | $ 160,410.50 |
| (18) Wynit Distribution LLC<br>Attn: Stacy Barber<br>2662 Solution Center<br>Chicago, IL 60677 | Wynit Distribution LLC<br>Attn: Stacy Barber<br>2662 Solution Center<br>Chicago, IL 60677<br>Tel: 315-437-7617 ext. 2276<br>Fax: 315-431-9535<br>Email: sbarber@wynit.com | Trade | $ 136,869.82 |
| (19) Converse<br>Attn: Carol Evans<br>160 N. Washington Street<br>Boston, MA 02114 | Converse<br>Attn: Carol Evans<br>160 N. Washington Street<br>Boston, MA 02114<br>Tel: 617-377-0778<br>Fax: 800-222-4306<br>Email: carol.evans@converse.com | Trade | $ 134,178.69 |
| (20) Wilson Sporting Good Company<br>Attn: Cathy Powers<br>8750 W. Bryn Mawr Ave<br>Chicago, IL 60631 | Wilson Sporting Good Company<br>Attn: Cathy Powers<br>8750 W. Bryn Mawr Ave<br>Chicago, IL 60631<br>Tel: 773-714-6674 ext. 6803<br>Fax: 773-442-0463<br>Email: catherine.powers@wilson.com | Trade | $ 130,389.13 |
| (21) Reebok<br>Attn: Rachel Dill<br>1895 JW Foster Boulevard<br>Canton, MA 02021 | Reebok<br>Attn: Rachel Dill<br>1895 JW Foster Boulevard<br>Canton, MA 02021<br>Tel: 800-228-7867<br>Fax: 864-587-3518<br>Email: rachel.dill@adidas-group.com | Trade | $ 124,928.10 |
| (22) Chestnut Hill Shopping Center<br>Attn: Robert Mooney<br>P.O. Box 847969<br>Boston, MA 02284 | Chestnut Hill Shopping Center<br>Attn: Robert Mooney<br>P.O. Box 847969<br>Boston, MA 02284<br>Tel: 617-232-8900<br>Fax: 617-734-4661<br>Email:<br>Robert.Mooney@wsdevelopment.com | Rent | $ 124,463.66 |
| (23) TYR Sport Inc.<br>Attn: Sarah Patton<br>1790 Apollo Court<br>Seal Beach, CA 90740 | TYR Sport Inc.<br>Attn: Sarah Patton<br>1790 Apollo Court<br>Seal Beach, CA 90740<br>Tel: 800-252-7878 ext. 2505<br>Fax: 714-897-6420<br>Email: spatton@tyr.com | Trade | $121,438.39 |

| | | | |
|---|---|---|---|
| (24)  Babolat<br>Attn:  Tammy Ellison<br>1775 Cherry St<br>Suite 100<br>Louisville, CO 80027 | Babolat<br>Attn:  Tammy Ellison<br>1775 Cherry St<br>Suite 100<br>Louisville, CO 80027<br>Tel: 720-542-6327<br>Fax: 303-444-2088<br>Email: tellison@babolat.com | Trade | $ 117,433.50 |
| (25)  Centre Manhassat, LLC<br>Attn:  Jean Sheridan<br>c/o Villadom Corp<br>536 Middle Neck Rd 2nd Floor<br>Great Neck, NY 10023 | Centre Manhassat, LLC<br>Attn:  Jean Sheridan<br>c/o Villadom Corp<br>536 Middle Neck Rd 2nd Floor<br>Great Neck, NY 10023<br>Tel: 516-482-8700<br>Fax: 516-482-8736<br>Email: jeans@villadomcorp.com | Rent | $ 93,654.29 |
| (26)  Federal Real Estate Investment<br>Trust<br>Attn: Craig Ridgley<br>Pike and Rose<br>Lockbox 8500<br>Philadelphia, PA 19178-9320 | Federal Real Estate Investment Trust<br>Attn: Craig Ridgley<br>Pike and Rose<br>Lockbox 8500<br>Philadelphia, PA 19178-9320<br>Tel: 301-998-8187<br>Fax: 301-998-3702<br>Email: CRidgley@federalrealty.com | Rent | $ 87,389.38 |
| (27)  Smith Optics<br>Attn:  Jenny Femling<br>280 Northwood Way<br>Box 2999<br>Ketchum, ID 83340 | Smith Optics<br>Attn:  Jenny Femling<br>280 Northwood Way<br>Box 2999<br>Ketchum, ID 83340<br>Tel: 208-726-4477 ext. 6513<br>Fax: 208-726-9584<br>Email: Jenny.Femling@smithoptics.com | Trade | $ 86,855.59 |
| (28)  Nathan Sports<br>Attn:  Morene Freedman<br>2009 Elmwood Ave, Suite 101<br>Sharon Hill, PA 19079 | Nathan Sports<br>Attn:  Morene Freedman<br>2009 Elmwood Ave, Suite 101<br>Sharon Hill, PA 19079<br>Tel: 800-523-2844 ext. 8822<br>Fax: 610-534-4386<br>Email: mfreedman@nathansports.com | Trade | $ 83,084.30 |
| (29)  GO Fit<br>Attn:  Heather Carr<br>12929 E. Apache<br>Tulsa, OK 74116 | GO Fit<br>Attn:  Heather Carr<br>12929 E. Apache<br>Tulsa, OK 74116<br>Tel: 918-834-6200<br>Fax: 918-834-6203<br>Email: accounting@gofit.net | Trade | $ 77,504.31 |
| (30)  Alternative Apparel<br>Attn: Kelly Heinrich<br>1650 Indian Brook Way<br>Norcross, GA 30093 | Alternative Apparel<br>Attn: Kelly Heinrich<br>1650 Indian Brook Way<br>Norcross, GA 30093<br>Tel: 678-924-5220<br>Fax: 888-481-1216<br>Email:<br>Kheinrich@alternativeapparel.com | Trade | $ 72,129.50 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CITY SPORTS, INC., | Case No. 15- _____ (___) |
| Debtor. | (Joint Administration Requested) |

## DECLARATION CONCERNING THE DEBTOR'S CONSOLIDATED LIST
## OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

      I, Andrew W. Almquist, the Chief Financial Officer of City Sports, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Thirty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: October 5, 2015

 

                                           _____

Name:    Andrew W. Almquist
Title:     Senior Vice President
            Chief Financial Officer

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CITY SPORTS, INC., | Case No. 15-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities/ Kind of Interest |
|---|---|---|
| Highland Consumer Fund I Limited Partnership c/o Highland Capital Partners 92 Hayden Avenue Lexington, MA 02421 Attention: Patrick Cammarata | Preferred | 12,256,480 Series D Convertible Preferred Stock<br><br>3,573,517 Series D1 Convertible Preferred Stock |
| Highland Consumer Fund I-B Limited Partnership c/o Highland Capital Partners 92 Hayden Avenue Lexington, MA 02421 Attention: Patrick Cammarata | Preferred | 2,614,990 Series D Convertible Preferred Stock<br><br>762,431 Series D1 Convertible Preferred Stock |
| Highland Consumer Entrepreneurs Fund I Limited Partnership c/o Highland Capital Partners 92 Hayden Avenue Lexington, MA 02421 Attention: Patrick Cammarata | Preferred | 393,070 Series D Convertible Preferred Stock<br><br>114,600 Series D1 Convertible Preferred Stock |
| Marnichan 2003 Tribeca Trust | Preferred | 413,850 Series D Convertible Preferred Stock |
| RoAnn Costin 125 High Street, 11th Floor Boston, MA 02110 | Preferred | 549,449 Series D1 Convertible Preferred Stock |
| Alex Alimenstianu 27 Lincoln Street Larchmont, NY 10538 | Preferred | 109,890 Series D1 Convertible Preferred Stock |
| Matt Levin c/o Bain Capital 111 Huntington Ave., 35th Floor Boston, MA 02199 | Preferred | 137,363 Series D1 Convertible Preferred Stock |
| Peter and Carolyn Lynch The Lynch Family Office c/o Fidelity Investments 82 Devonshire Street, S4A Boston, MA 02109 | Preferred | 46,154 Series D1 Convertible Preferred Stock |
| The Lynch Foundation u/a 7/14/88 The Lynch Family Office c/o Fidelity Investments | Preferred | 46,154 Series D-1 Convertible Preferred Stock |

| | | |
|---|---|---|
| 82 Devonshire Street, S4A<br>Boston, MA 02109 | | |
| Peter S. and Carolyn A. Lynch Charitable Lead<br>Annuity Trust<br>The Lynch Family Office<br>c/o Fidelity Investments<br>82 Devonshire Street, S4A<br>Boston, MA 02109 | Preferred | 46,153 Series D-1<br>Convertible<br>Preferred Stock |
| CS Investment Partners, LLC<br>c/o Michael E. Hooley, Jr.<br>1777 SE 10th Street<br>Fort Lauderdale, FL 33316 | Preferred | 618,131 Series D1<br>Convertible Preferred Stock |
| Marnichan 2003 Tribeca Trust<br>c/o Martin Hananka<br>1627 S.E. 7th Street<br>Fort Lauderdale, FL 33316 | Preferred | 357,140 Series D1<br>Convertible Preferred Stock |
| Edward Albertian<br>17 Pendulum Pass<br>Hopkinton, MA 01748 | Preferred | 27,471 Series D1 Convertible<br>Preferred Stock |
| Michael Kennedy<br>19/52 Beeston Street<br>Teneriffe, Queensland 4006<br>Australia | Preferred | 732,230 Series E Convertible<br>Preferred Stock |
| Kathleen Callan<br>87 Ridge Road<br>Concord, MA 01742 | Preferred | 732,230 Series E Convertible<br>Preferred Stock |
| Phillip C. Drews<br>82 Bartholomew Street<br>Peabody, MA 01960 | Common Stock | 3,750 Common |
| Robert S. Wittmann<br>260 Cushing Street<br>Hingham, MA 02043 | Common | 10,000 Common |
| Sean Scales<br>10 Donnas Way<br>Newbury, MA 01951 | Common | 236,180 Common |
| Dylan Bruntil<br>46 Center Street<br>New Paltz, NY 12561 | Common | 5,000 Common |
| Susan Rogato<br>4 Ice Pond Drive<br>Rowley, MA 01969 | Common | 6,250 Common |
| Gregory McEachern<br>11 Ladd Street<br>Unit 3<br>Watertown, MA 02472 | Common | 17,188 Common |
| Stella Quatrano<br>411 Prospect Street<br>East Longmeadow, MA 01028 | Common | 875 Common |
| Brian Trask<br>1 Hilltop Ter<br>Woburn, MA 01801-3629 | Common | 11,250 Common |
| Herbert Mines<br>375 Park Avenue<br>New York, NY 10152 | Common | 33,683 Common |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITY SPORTS, INC.,<br><br>                                        Debtor. | Chapter 11<br><br>Case No. 15-_____ (___)<br><br>(Joint Administration Requested) |

## DECLARATION CONCERNING THE DEBTOR'S
## LIST OF EQUITY SECURITY HOLDERS

I, Andrew W. Almquist, the Chief Financial Officer of City Sports, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  October 5, 2015

_____
Name:    Andrew W. Almquist
Title:     Senior Vice President
           Chief Financial Officer

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CITY SPORTS, INC., | Case No. 15-_____ (___) |
| Debtor. | (Joint Administration Requested) |

## STATEMENT PURSUANT TO FEDERAL RULE
## OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), City Sports, Inc. (the "Debtor") respectfully represents that the following is a list of all corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtor:

| Name and Address | Approximate Percentage of Interests Held |
|---|---|
| Highland Consumer Fund I-B Limited Partnership c/o Highland Capital Partners 92 Hayden Avenue Lexington, MA 02421 | 14.33% |
| Highland Consumer Fund I Limited Partnership c/o Highland Capital Partners 92 Hayden Avenue Lexington, MA 02421 | 67.17% |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITY SPORTS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-_____ (___)<br><br>(Joint Administration Requested) |

**DECLARATION CONCERNING THE STATEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)**

I, Andrew W. Almquist, the Chief Financial Officer of City Sports, Inc., a Delaware corporation and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated:  October 5, 2015

Name:     Andrew W. Almquist
Title:     Senior Vice President
          Chief Financial Officer