# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CITY SPORTS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12054 (KG)<br><br>Jointly Administered<br><br>Re: D.I. *153* |

## ORDER APPROVING RETENTION OF EISNERAMPER LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 15, 2015

Upon consideration of the application (the "Application") of the official committee of unsecured creditors (the "Committee"), appointed pursuant to section 1102(a)(1) of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the above-captioned cases of City Sports Inc., *et al.*, as Debtors and Debtors in possession (collectively, the "Debtors"), for the entry of an order authorizing the Committee to employ EisnerAmper LLP ("EisnerAmper") as its financial advisor, *nunc pro tunc* to October 15, 2015, and upon the Declaration of Anthony C. Calascibetta, CPA, CTP annexed thereto (the "Declaration"), and it appearing that proper notice of the Application has been given and that no further notice or hearing is required, and the Court being satisfied, based on the representations made in the Application and Declaration, that (i) EisnerAmper represents no interest adverse to the Debtors' estates, creditors, or equity holders, (ii) EisnerAmper, to the extent required, is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and (iii) the relief sought in the Application is in the best interests of the Committee, the Debtors, their creditors, and all parties in interest, and after due deliberation, and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: City Sports, Inc. (6205); and City Sports-DC, LLC (6205). The mailing address for the Debtors, solely for purposes of notices and communications, is: 77 N. Washington Street, Boston, MA 02114.

ORDERED that in accordance with sections 328(a) and 1103(a) of the Bankruptcy Code, the Committee be, and hereby is, authorized and empowered to retain EisnerAmper as financial advisor *nunc pro tunc* to October 15, 2015, to represent the Committee in these cases under Chapter 11 of the Bankruptcy Code, and it is further

ORDERED that EisnerAmper shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Federal Rules of Bankruptcy Procedure as may be then applicable, from time to time, and such procedures as may be fixed by order of this Court.

Dated: November 12, 2015
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE